JAMES M. COADY ET AL. *v.* GREGORY MARTIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 65 Conn. App. 758 (AC 20738), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Charles D. Houlihan, Jr.,* in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz,* in opposition.

Decided January 3, 2002

LAUREN WINER *v.* STEPHEN CESLIK

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 842 (AC 14597), is denied.

*H. Jeffrey Beck,* in support of the petition.

*Stephen Ceslik,* pro se, in opposition.

Decided January 3, 2002